■    ARNOLD'S INN, INC., et al., Respondents-Appellants, v. BEN MORGAN, Appellant-Respondent, and TOWN OF NORTH HEMPSTEAD, Respondent, et al., Defendant.—

Christ, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.